R. MAC PROUT, State Bar # 101263
SHARON B. FUTERMAN, State Bar # 124238
**PROUT• LEVANGIE**
2021 N Street
Sacramento, CA 95811
Tel:  (916) 443-4849
Fax:  (916) 443-4855

Attorneys for Defendants
Todd Goodrum dba Todd Goodrum
Construction and Goodrum Builders;
John Goodrum dba Goodrum Builders

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ MANRIQUEZ, AIDO BACENA, JAVIER VALLEJO RENTERIA, AMADOR MARTINEZ GONZALEZ, FERNANDO CABREA GUZMAN, ELIAZARB ROJAS BLANCAS, ALEJANDRO SANCHEZ MALDONADO, JUAN CARRILLO, SALVADOR RENTERIA and EDDY SAUL RAMOS,<br><br>Plaintiffs,<br><br>v.<br><br>TODD GOODRUM dba TODD GOODRUM CONSTRUCTION and GOODRUM BUILDERS, JELA INVESTMENTS, INC. dba TPB SIGNATURE HOMES; THOMAS BANGS; JOHN GOODRUM dba GOODRUM BUILDERS; and TODD GOODRUM CONSTRUCTION, PLATTE RIVER INSURANCE COMPANY and DOES 3-10,<br><br>Defendants. | CASE NO. 2:08-CV-00880-FCD-EFB<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT |

IT IS HEREBY STIPULATED to by and between counsel for plaintiffs, JOSE GONZALEZ MANRIQUEZ, AIDO BACENA, JAVIER VALLEJO RENTERIA, AMADOR MARTINEZ GONZALEZ, FERNANDO CABREA GUZMAN, ELIAZARB ROJAS BLANCAS, ALEJANDRO SANCHEZ MALDONADO, JUAN CARRILL O, SALVADOR RENTERIA and EDDY SAUL RAMOS, that the time be extended to and including July 17,

2008, within which defendants, TODD GOODRUM dba TODD GOODRUM CONSTRUCTION and GOODRUM BUILDERS and JOHN GOODRUM dba GOODRUM BUILDERS, are to respond to plaintiffs Complaint.

DATED:   July _____, 2008            **LAW OFFICES OF JAMES DAL BON**

By: __/s/_____
    JAMES DAL BON
    Attorney for Plaintiffs

DATED:   July _____, 2008            **PROUT• LEVANGIE**

By:__/s/ _____
    SHARON B. FUTERMAN
    Attorney for Defendants
    Todd Goodrum dba Todd Goodrum
    Construction and Goodrum Builders;
    John Goodrum dba Goodrum Builders

**ORDER**

IT IS SO ORDERED.

Dated:  July 11, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE