R. MAC PROUT, State Bar # 101263
SHARON B. FUTERMAN, State Bar # 124238
**PROUT• LEVANGIE**
2021 N Street
Sacramento, CA 95811
Tel:  (916) 443-4849
Fax:  (916) 443-4855

Attorneys for Defendants
Todd Goodrum dba Todd Goodrum
Construction and Goodrum Builders;
John Goodrum dba Goodrum Builders

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ MANRIQUEZ, AIDO BACENA, JAVIER VALLEJO RENTERIA, AMADOR MARTINEZ GONZALEZ, FERNANDO CABREA GUZMAN, ELIAZARB ROJAS BLANCAS, ALEJANDRO SANCHEZ MALDONADO, JUAN CARRILLO, SALVADOR RENTERIA and EDDY SAUL RAMOS,<br><br>Plaintiffs,<br><br>v.<br><br>TODD GOODRUM dba TODD GOODRUM CONSTRUCTION and GOODRUM BUILDERS, JELA INVESTMENTS, INC. dba TPB SIGNATURE HOMES; THOMAS BANGS; JOHN GOODRUM dba GOODRUM BUILDERS; and TODD GOODRUM CONSTRUCTION, PLATTE RIVER INSURANCE COMPANY and DOES 3-10,<br><br>Defendants. | CASE NO. 2:08-CV-00880-FCD-EFB<br><br>**STIPULATION AND ORDER OF DISMISSAL AS TO PLATTE RIVER INSURANCE COMPANY <u>ONLY</u>** |

WHEREAS, plaintiffs JOSE GONZALEZ MANRIQUEZ, AIDO BACENA, JAVIER VALLEJO RENTERIA, AMADOR MARTINEZ GONZALEZ, FERNANDO CABREA GUZMAN, ELIAZARB ROJAS BLANCAS, ALEJANDRO SANCHEZ MALDONADO, JUAN CARRILLO, SALVADOR RENTERIA and EDDY SAUL RAMOS, commenced the

above-captioned litigation against defendant PLATTE RIVER INSURANCE COMPANY by filing a Summons and Complaint on or about May 5, 2008; and

WHEREAS, it now appears that PLATTE RIVER INSURANCE COMPANY is not a proper party to this action in that it was not the surety for TODD GOODRUM dba GOODRUM BUILDERS at the time of the events giving rise to the above-captioned matter;

NOW THEREFOR, plaintiffs and PLATTE RIVER INSURANCE COMPANY, by and through their undersigned counsel, hereby jointly stipulate that the above-captioned litigation be dismissed as to PLATTE RIVER INSURANCE COMPANY only, with each party to bear its own costs.

DATED:   December_____, 2008         **LAW OFFICES OF JAMES DAL BON**

By: ____/s/_____
     JAMES DAL BON
     Attorney for Plaintiffs

DATED:   December_____, 2008         **PROUT • LEVANGIE**

By: ___/s/_____
     SHARON B. FUTERMAN
Attorney for Defendant
PLATTE RIVER INSURANCE COMPANY

IT IS SO ORDERED on this 13th day of January 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE