JAMES DAL BON, Bar No. 157942
JACOB SIDER, Bar. No. 236084
LAW OFFICES OF JAMES DAL BON
28 North First Street, Suite 210
San Jose, CA 95113
Telephone: 408-297-4729
Fax: 408-297-4728

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO BRANCH)

| | |
|---|---|
| JOSE GONZALEZ MANRIQUEZ, et al., | ) Case No. 2:08-CV-0880 FCD EFB |
| Plaintiffs, | ) **STIPULATION AND ORDER TO** |
| v. | ) **SUBMIT CASE TO VDRP PROCESS** |
| TODD GOODRUM, et al. | ) |
| Defendants | ) |

NOTICE IS HEREBY GIVEN that the parties hereby stipulate to submit the above-titled matter to the VDRP mediation process.

Dated: March _____, 2009

By: _____/s/_____
Sharon Futerman/Prout LeVangie
Attorney for Defendants Todd Goodrum, John Goodrum,

Dated: March _____, 2009

By: _____/s/_____
Jacob Sider
Attorney for Plaintiffs

- 1 -
STIPULATION AND ORDER

Dated: March _____, 2009

By: _____/s/_____
Douglas R. Roeca
Attorney for Defendants Jela Investments, Inc. and
Thomas Bangs

## **ORDER**

Pursuant to the above stipulation, IT IS SO ORDERED.

Dated: April 2, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE