JAMES DAL BON
CA BAR #157942
LAW OFFICES OF JAMES DAL BON
28 NORTH 1ST STREET SUITE 210
SAN JOSE, CA95113
(408)297-4729

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

JOSE GONZALEZ MANRIQUEZ, ALDO BACENAS, JAVIER VALLEJO RENTERIA, AMADOR MARTINEZ GONZALEZ, FERNANDO CABREA GUZMAN, ELIAZARB ROJAS BLANCAS, ALEJANDRO SANCHEZ MALDONADO, JUAN CARRILLO, SALAVADOR RENTERIA and EDDY SAUL RAMOS,

Plaintiffs,

vs.

TODD GOODRUM dba TODD GOODRUM CONSTRUCTION, and GOODRUM BUILDERS, JELA INVESMENTS INC. dba TPB SIGNATURE HOMES, THOMAS BANGS, JOHN GOODRUM dba GOODRUM BUILDERS, and TODD GOODRUM CONSTRUCTION, PLATTE RIVER INSURANCE COMPANY and DOES 3-10

Defendants

Case No: 2:08-cv-0880 FCD EFB

JOINT STIPULATION AND ORDER OF DISSMISSAL

WHEREAS PLAINTIFFS JOSE GONZALEZ MANRIQUEZ, ALDO BACENAS, JAVIER VALLEJO RENTERIA, AMADOR MARTINEZ GONZALEZ, FERNANDO CABREA GUZMAN, ELIAZARB ROJAS BLANCAS, ALEJANDRO SANCHEZ MALDONADO, JUAN CARRILLO, SALAVADOR RENTERIA and EDDY SAUL RAMOS

(jointly "Plaintiffs"), caused a complaint to filed and served against , JELA INVESMENTS INC. dba TPB SIGNATURE HOMES, and THOMAS BANGS (jointly "Defendants"), which was filed on May 5, 2008 served on July 6, 2008.

WHEREAS it now appears there is enough evidence to satisfy Plaintiffs that JELA INVESMENTS INC. dba TPB SIGNATURE HOMES, and THOMAS BANGS, adequately funded the contract and there is no cause of action against the Defendants.

THERFORE Plaintiffs and Defendants, by and through their respective counsel, hereby stipulate that the above litigation be dismissed with prejudice only as to JELA INVESTMENTS INC, dba TPB SIGNATURE HOMES, and THOMAS BANGS, with each party to bear his own costs.

Dated: July 16, 2010

James Dal Bon Attorney for Plaintiffs

Dated: July 2, 2010

Douglas Roeca Attorney for Tomas Bangs
and JELA Investments

ORDER

IT IS ORDERED the complaint in this matter is hereby dismissed with prejudice as to defendants JELA INVESTMENTS INC, dba TPB SIGNATURE HOMES, and THOMAS BANGS, and that plaintiffs and defendants will each bear their own costs.

Dated: August 19, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE