UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSE GONZALEZ MANRIQUEZ, et al.,

    Plaintiffs,

    v.

TODD GOODRUM, et al.,

    Defendants.
_____/

No. CIV. S-08-0880 FCD EFB

**O R D E R**

    The remaining defendants in this matter, TODD GOODRUM, and JOHN GOODRUM, dba as TODD GOODRUM CONSTRUCTION AND GOODRUM BUILDERS, are now appearing in propria persona. Under Local Rule 302(c)(21) this matter is REFERRED to Magistrate Judge Edmund F. Brennan for all pretrial scheduling and proceedings.

    IT IS ORDERED that any hearing dates currently set, and any initial scheduling orders issued, by the undersigned are **VACATED**. Any pending requests shall be referred to the magistrate.

    IT IS FURTHER ORDERED that all future documents filed in the above-captioned case shall reference the following case number: **CIV S-08-0880 FCD EFB PS**.

DATED: September 21, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE