IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE GONZALEZ MANRIQUEZ, et al.,

        Plaintiffs,                      No. CIV S-08-0880 KJM EFB PS

    vs.

TODD GOODRUM, et al.,

        Defendants.               <u>ORDER</u>

_____/

        In this action, plaintiffs have requested the court allow them to move for default judgment against pro se defendants Todd Goodrum and John Goodrum, dba Todd Goodrum Construction and Goodrum Builders, for not complying with numerous court orders and the Local Rules.  On February 1, 2011, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

        The court has carefully reviewed the file in this case, the findings and recommendations and the applicable legal standards, and finds the findings and recommendations to be supported by the record and by proper analysis.

//////

/////

1

1        Accordingly, IT IS ORDERED that:

2        1. The proposed Findings and Recommendations filed February 1, 2011 are
3 ADOPTED;

4        2. Defendants' answer, Docket No. 9, is stricken due to defendants' failure to
5 communicate with plaintiffs in order to prepare a joint pretrial statement and defendants' failure
6 to comply with numerous court orders and this court's Local Rules;

7        3. The Clerk is directed to enter default against defendants Todd Goodrum and
8 John Goodrum, dba Todd Goodrum Construction and Goodrum Builders, as provided by Federal
9 Rule of Civil Procedure 55(a); and

10        4. Plaintiffs are permitted to move for default judgment against defendants within
11 thirty days from the date defendants' default is entered.

12 DATED: March 30, 2011.

                                            UNITED STATES DISTRICT JUDGE