IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE GONZALEZ MANRIQUEZ, et al.,

    Plaintiff,

vs.

TODD GOODRUM, et al.,

    Defendants.

No. CIV S-08-0880 FCD EFB PS

ORDER TO SHOW CAUSE

This action was referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(c). Dckt. No. 37. On March 31, 2011, the assigned district judge issued an order adopting the undersigned's February 1, 2011 findings and recommendations; striking defendants' answer due to their failure to communicate with plaintiffs and their failure to comply with numerous court orders and this court's Local Rules; directing the Clerk to enter default against defendants; and permitting plaintiffs to move for default judgment against defendants within thirty days from the date defendants' default is entered. Dckt. No. 47. Also on March 31, 2011, the Clerk entered defendants' default. Dckt. No. 48.

Although defendants' default was entered nearly two months ago, court records reflect that plaintiffs have not moved for default judgment against defendants, nor have they indicated how they intend to proceed with this action. Therefore, on or before June 13, 2011, plaintiffs

1

1  shall show cause, in writing, why this action should not be dismissed for failure to prosecute.
2  *See* Fed. R. Civ. P. 41(b).  Failure of plaintiffs to respond to this order to show cause may result
3  in a recommendation that this action be dismissed for lack of prosecution and/or for failure to
4  comply with court orders and this court's Local Rules.
5       SO ORDERED.
6  Dated:  May 25, 2011.

          EDMUND F. BRENNAN
          UNITED STATES MAGISTRATE JUDGE

2