IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE GONZALEZ MANRIQUEZ, et al.,

        Plaintiffs,                      No. CIV S-08-880 FCD EFB PS

    vs.

TODD GOODRUM, et al.,

        Defendants.               <u>ORDER</u>

/

       This action was referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(c). Dckt. No. 37. On March 31, 2011, the assigned district judge issued an order adopting the undersigned's February 1, 2011 findings and recommendations; striking defendants' answer due to their failure to communicate with plaintiffs and their failure to comply with numerous court orders and this court's Local Rules; directing the Clerk to enter default against defendants; and permitting plaintiffs to move for default judgment against defendants within thirty days from the date defendants' default is entered. Dckt. No. 47. Also on March 31, 2011, the Clerk entered defendants' default. Dckt. No. 48.

       On May 25, 2011, the undersigned issued an order noting that plaintiffs had not yet moved for default judgment against defendants, nor had they indicated how they intended to proceed with this action. Dckt. No. 49. Therefore, the order directed plaintiffs to show cause, in

1

1 writing, on or before June 13, 2011, why this action should not be dismissed for failure to
2 prosecute.  *Id.* (citing Fed. R. Civ. P. 41(b)).

3       On June 16, 2011, plaintiffs' counsel James Dal Bon filed a response to the order to show
4 cause and requested an additional sixty days to "file appropriate motions regarding the
5 plaintiffs."  Dckt. No. 50.  In light of Mr. Dal Bon's representations, the request for an extension
6 of time will be granted.  Therefore, on or before August 19, 2011, plaintiffs shall move for
7 default judgment against the remaining defendants and/or shall show cause, in writing, why this
8 action should not be dismissed for failure to prosecute.  Failure to comply with this order may
9 result in a recommendation that this action be dismissed for lack of prosecution and/or for failure
10 to comply with court orders and this court's Local Rules.

11       SO ORDERED.

12 DATED:  June 21, 2011.

13                                   EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE